**2002–2136.  Rumpke Waste, Inc. v. Zaino.**
Board of Tax Appeals, No. 1998–B–1200. On motion to dismiss appeal. Motion granted and cause dismissed.

  MOYER, C.J., RESNICK, F.E. SWEENEY, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur. PFEIFER, J., dissents.

**2002–2144.  State ex rel. Beach v. Sadler.**
In Mandamus. On answer of respondent. On S.Ct.Prac.R. X(5) determination, cause dismissed.

  MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2002–2168.  State ex rel. Thompson v. Luse.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

  MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

**2003–0044.  Griffin v. McFaul.**
In Habeas Corpus. On petition for writ of habeas corpus of Tyrone Griffin. Sua sponte, cause dismissed.

  MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, COOK, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

# MOTION AND PROCEDURAL RULINGS

**1985–0007.  State v. Williams.**
Cuyahoga App. No. 47853. On motion to set execution date. Motion granted. On motion for stay of execution of sentence pending disposition of habeas corpus actions pursuant to *Atkins v. Virginia* (2002), 536 U.S. 304, 122 S.Ct. 2242, 153 L.Ed.2d 335. Motion denied.

**2001–0748 and 2001–0976.  State ex rel. R.T.G., Inc. v. State.**
Franklin App. No. 98AP–1015, 2001-Ohio-4267. On motion for award of attorney fees and expenses by the Supreme Court and motion for stay with respect to motion for award of attorney fees and expenses. Motions denied; cause remanded to the court of appeals to rule on the motion for attorney fees and costs.

  MOYER, C.J., and COOK, J., would grant the motion for stay.

  O'CONNOR, J., would grant the motion for stay and remand to the court of appeals to rule on the motion for attorney fees and costs.

**2001–1302.  In re Complaint of the Ohio State Legislative Bd.**
Public Utilities Commission, No. 00–1430–RR–CSS. On motion for leave to intervene of Wheeling & Lake Erie Railway Company. Motion granted.

  On motion to dismiss of the Public Utilities Commission of Ohio. Motion granted and cause dismissed.

  F.E. SWEENEY and PFEIFER, JJ., dissent.

**2001–1709.  Kemper v. Michigan Millers Mut. Ins. Co.**
Certified State Law Question, No. 3–00–CV–07799. On amicus curiae motion of Ohio Association of Civil Trial Attorneys for leave to file under S.Ct.Prac.R. XI. The motion fails for want of four votes on the following vote:

  RESNICK, F.E. SWEENEY and PFEIFER, JJ., vote to deny.

  MOYER, C.J., LUNDBERG STRATTON and O'CONNOR, JJ., vote to grant.

  COOK, J., not participating.

**2002–1415.  Hager v. Waste Technologies Industries.**
Columbiana App. No. 2000CO45, 2002-Ohio-3466. On motion to clarify court order/decision. Motion denied.